**Continuing Abatement Order filed April 11, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00950-CV
_____

### IN RE SOMAIAH KHOLAIF

---

**On Appeal from the Probate Court No. 3**
**Harris County, Texas**
**Trial Court Cause No. 449677**

---

### CONTINUING ABATEMENT ORDER

The court abated this mandamus proceeding on January 15, 2019 to allow the respondent's successor, the Honorable Jason Cox, to reconsider the decision regarding relator's request for relief. *See* Tex. R. App. P. 7.2(b). The relator has informed this court that Judge Cox has recused himself from this case and the case has been transferred to the Honorable Michael B. Newman.

This case is further abated until **May 2, 2019**, by which time Judge Newman shall advise this court of the action taken on relator's request. This court will then consider a motion to reinstate or dismiss this proceeding as appropriate.

It is so ORDERED.

PER CURIAM